O

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )
12              Plaintiff,            )     SA 07-323M
                                     )
13       v.                          )     ORDER OF DETENTION AFTER HEARING
                                     )         (18 U.S.C. § 3142(i))
14  JORGE MARTINEZ-MIRANDA,          )
                                     )
15              Defendant.            )
                                     )
16

17                                   I.

18   A.  ( ) On motion of the Government involving an alleged

19       1. ( ) crime of violence;

20       2. ( ) offense with maximum sentence of life imprisonment or death;

21       3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

22            (21 U.S.C. §§ 801,/951, et. seq..,/955a);

23       4. ( ) felony - defendant convicted of two or more prior offenses described above.

24   B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25       1. (X)    serious risk defendant will flee;

26       2. ( )    serious risk defendant will

27            a. ( )  obstruct or attempt to obstruct justice;

28            b. ( )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1 | II.

2 | The Court finds no condition or combination of conditions will reasonable assure:

3 | A. ( X )   appearance of defendant as required; and/or

4 | B. ( ) safety of any person or the community;

5 | III.

6 | The Court has considered:

7 | A. ( x ) the nature and circumstances of the offense;

8 | B. ( x ) the weight of evidence against the defendant;

9 | C. ( x ) the history and characteristics of the defendant;

10 | D. ( ) the nature and seriousness of the danger to any person or to the community.

11 | IV.

12 | The Court concludes:

13 | A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14 |

15 | B. ( x )   History and characteristics indicate a serious risk that defendant will flee because:

16 | **Defendant is undocumented.  He has no ties to the community and no bail**

17 | **resources.**

18 |

19 | C. ( ) A serious risk exists that defendant will:

20 |     1. ( )  obstruct or attempt to obstruct justice;

21 |     2. ( )  threaten, injure or intimidate a witness/ juror; because:

22 |

23 | D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24 |     provided in 18 U.S.C. § 3142 (e).

25 | ///

26 | ///

27 | ///

28 | ///

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

6

7 Dated: November 5, 2007

8 _____
   MARC L. GOLDMAN
9  United States Magistrate Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**